# EXHIBIT A

# EXHIBIT A

March 20, 2014


**Dear Lee,**

Thank you for your help and agreement to join our Advisory Board. We are excited by the prospect of working with you on this project. We believe we will benefit greatly from your experience and wisdom.

As we discussed, we are pleased to offer you a position on the Venture Global LNG, LLC, ("Venture Global"), Advisory Board. We currently anticipate building an Advisory Board of five to six energy, LNG and financial industry veterans. We would like to have available a resource of wise counsel to tap into periodically to help guide us and identify risk as we build our company. We anticipate that this time commitment will be very intermittent (only as necessary), with an average time commitment of less than 2 hours a week in this role. We envision a Board or update call every week or two at your convenience and then conference calls or calls with us and potential, off-takers, investment bankers, investors, potential senior executive recruits or similar. If travel is agreed between us to perform this role, Venture Global will reimburse travel and other associated out of pocket expenses.

In exchange for your time invested as a member of our Advisory Board, we are pleased to offer ten-year options equal to .0125% of our common equity or equivalent, (the "Option") vesting over a three-year period on a quarterly basis. The strike price of the Option will be based upon a company valuation of $1 million. As we are currently structured as a Delaware LLC, the options will be structured as participation in our Membership Interest or converted to equity options if Venture Global is converted to a corporation. Venture Global LNG, LLC is currently fully owned by Venture Global Partners, LLC.

The Option will commence vesting at acceptance by you of the terms described in this letter. Vested options will be available for exercise after completion of the next capital raising. Other than as described herein, the Option will be subject to the terms of the VG LNG company stock option plan that will be established at or prior to Financial Close, as defined below. Financial Close will be the closing of the construction financing of the project and initial drawdown of such financing, including receipt of all requisite FERC approvals, project permits and project documentation for project financing.

Members to the Advisory Board will be considered independent consultants to Venture Global and not employees and not members of the Board of Directors of Venture Global. Venture Global may terminate and end participation on the Advisory Board at will. If a member of the Advisory Board is terminated or resigns, any unvested portion of the Option will expire.

If any of this is unclear to you or if you would like more specific examples of how this will work, please feel free to call to discuss on the phone in more detail.

We are very honored to have you join the team and appreciate the time and energy you will devote to it. We equally look forward to the fun of working together on a big undertaking in a time of historic market supply and price dislocation in the energy markets.

Kind Regards,

*[signatures]*

Michael and Bob

Robert Pender
Managing Partner
Venture Global Partners, LLC

Michael Sabel
Managing Partner
Venture Global Partners, LLC