# EXHIBIT F

# EXHIBIT J

## Coll, John J.

| | |
|---|---|
| **From:** | Kathryn Lindquist <kathryn.d.lindquist@gmail.com> |
| **Sent:** | Friday, May 12, 2023 8:51 AM |
| **To:** | Coll, John J. |
| **Subject:** | Fwd: [EXTERNAL]: our current thoughts re options |

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

WHAT???

---------- Forwarded message ---------
From: **Keith Larson** <klarson@venturegloballng.com>
Date: Fri, May 12, 2023, 8:35 AM
Subject: Re: [EXTERNAL]: our current thoughts re options
To: kathryn.d.lindquist@gmail.com <kathryn.d.lindquist@gmail.com>

Dear Ms. Lindquist,

Yesterday afternoon, the Compensation Committee of the Board of Directors of Venture Global LNG, Inc. met to consider your request to exercise your vested stock options in respect of 600 series A shares of the company. After careful consideration, the Compensation Committee decided to not consent to the exercise of your options.

Please let me know if you have any further questions.

Kind regards,

Keith Larson

General Counsel

Venture Global LNG, Inc.

1001 19th Street North

Suite 1500

Arlington, VA 22209

(O) 202 759 6736

1

(M) 202 615 8437

klarson@venturegloballng.com

www.venturegloballng.com

---

**From:** "kathryn.d.lindquist@gmail.com" <kathryn.d.lindquist@gmail.com>
**Date:** Thursday, April 13, 2023 at 11:53 AM
**To:** Keith Larson <klarson@VENTUREGLOBALLNG.COM>
**Subject:** [EXTERNAL]: our current thoughts re options

Dear Mr. Larson:

Here's the letter with our questions and thoughts about the plans to go forward.  Thank you for your consideration.

Kind regards,

Kathryn Lindquist

3824 Park Lake Drive

Rockville, MD  20853

301-570-3017

Cell 202-262-3134