# EXHIBIT G

# EXHIBIT L

**VENTURE GLOBAL LNG**

1001 19TH Street North
Suite 1500
Arlington, Virginia 22209

O 202.759.6740
www.venturegloballng.com

June 9, 2023

**By Email**

Ms. Kathryn D. Lindquist
3824 Park Lake Drive
Rockville, MD 20850

Re:   Terry A. Newendorp Stock Options

Dear Ms. Lindquist:

We refer to your letter dated May 12, 2023 transmitted by email on May 25, 2023, concerning the decision of the Compensation Committee of the Board of Directors of Venture Global LNG, Inc. (the "***Company***") to not provide its consent to the exercise of the vested stock options referred to in your letter.

As we have previously discussed with you and your advisor, the Company has a material interest in restricting the exercise of vested stock options prior to the date of any Change of Control or IPO of the Company. For your information, the Compensation Committee has from time to time received and considered requests to exercise from other holders of vested stock options of the Company and, due to valid and compelling business reasons, the Compensation Committee has not provided its consent to any of those requests. Those same valid and compelling business reasons support the decision of the Compensation Committee to not consent to your request as well.

Finally, we remind you that the vested stock options that you have sought to exercise do not expire for approximately another year and a half.

Sincerely,

*[signature]*

Keith Larson
General Counsel