# EXHIBIT H

# EXHIBIT X

Case 1:23-cv-00929-LMB-IDD  Document 1-24  Filed 07/06/23  Page 2 of 3 PageID# 172

**VENTURE GLOBAL LNG**

1001 19TH Street North
Suite 1500
Arlington, Virginia 22209

O 202.759.6740
www.venturegloballng.com

March 10, 2023

*By Electronic Mail*

Paul M. Dillbeck
pdillbeck@gmail.com

  Re:  **Exercise of Stock Options**

Dear Paul:

We are writing in response to the letter dated March 8, 2023 to which you are a signatory relating to your desire to exercise 100% of your vested stock options in respect of the Series A common stock of Venture Global LNG, Inc. (the "***Company***").  We are writing to each of the signatories individually because the terms and conditions relevant to your respective options are not the same in all respects.

Attached with this letter is a copy of your Amended and Restated Non-Qualified Stock Option Agreements, each dated as of June 28, 2017 ("***Award Agreements***"), on which we have highlighted the provision that requires you to obtain the consent of the Compensation Committee of the Board of Directors to exercise your vested stock options prior to the consummation of a Change of Control or IPO, as those terms are defined in the Company's 2014 Stock Option Plan (as amended, the "***Plan***").  As noted in our March 1, 2023 letter, the Compensation Committee did not consent to the exercise of your stock options.  No justification is required for its decision.

The Committee has also considered your request for the Requested Information (as such term is defined in your letter) and is declining to provide that information to you.

The absence of a response to any other matter described in your letter should not be construed as a waiver or admission by the Company of its any of its right or remedies, including, without limitation, its right of first refusal as well as any other right or remedy under the Plan or the Award Agreements or otherwise available at law or in equity.

                Sincerely,

                Keith Larson
                General Counsel