# EXHIBIT J
**REDACTED**

**Narwold, Bill**

| | |
|---|---|
| **From:** | david eberhardt <albatrosseagle001@gmail.com> |
| **Sent:** | Monday, August 7, 2023 11:37 AM |
| **To:** | Narwold, Bill |
| **Subject:** | FW: [EXTERNAL]: Exercise Stock Options |

CAUTION:EXTERNAL

On 1/9/23, 9:31 AM, "Keith Larson" <klarson@VENTUREGLOBALLNG.COM> wrote:

Mike,

Kind regards,

Keith Larson
General Counsel
Venture Global LNG, Inc.
1001 19th Street North
Suite 1500
Arlington, VA 22209
(O) 202 759 6736
(M) 202 615 8437
klarson@venturegloballng.com
https://protect-us.mimecast.com/s/EXIPC9r34Eh20GZwUof0BH

On 1/5/23, 9:56 PM, "david eberhardt" <albatrosseagle001@gmail.com <mailto:albatrosseagle001@gmail.com>> wrote:

Keith

You are the legal expert at Venture global - I requested to exercise my options.

Mike

Sent from my iPhone

1

> On Jan 5, 2023, at 6:19 PM, Keith Larson <klarson@venturegloballng.com <mailto:klarson@venturegloballng.com>> wrote:
>
> Mike,
>
> I would refer you back to my emails of August 31, 2022 and October 25, 2022. █████████████████████
██████████████████████████████████
>
> Keith Larson
> General Counsel
> Venture Global LNG, Inc.
> 1001 19th Street North
> Suite 1500
> Arlington, VA 22209
> (O) 202 759 6736
> (M) 202 615 8437
> klarson@venturegloballng.com <mailto:klarson@venturegloballng.com>
> https://protect-us.mimecast.com/s/EXIPC9r34Eh20GZwUof0BH
>
>
>
>
>
> On 1/5/23, 10:15 AM, "david eberhardt" <albatrosseagle001@gmail.com <mailto:albatrosseagle001@gmail.com> <mailto:albatrosseagle001@gmail.com <mailto:albatrosseagle001@gmail.com>>> wrote:
>
>
> Keith -
>
>
> I would like to exercise my stock options under the Plan agreement.
>
>
>  ██████████████████████████████████
>
>
> Mike
>

**Janelle, Alice**

| | |
|---|---|
| From: | Narwold, Bill |
| Sent: | Monday, August 7, 2023 11:50 AM |
| To: | Janelle, Alice |
| Subject: | Fwd: [EXTERNAL]: Stock Options |
| Attachments: | Email 8-31-2022.pdf |

Sent from my iPhone



**William H. Narwold** Attorney at Law

One Corporate Center, 20 Church St., 17th Flr, Hartford, CT 06103
**o.** 860.882.1676 **c.** 860.543.3445
bnarwold@motleyrice.com

Begin forwarded message:

> **From:** david eberhardt <albatrosseagle001@gmail.com>
> **Date:** August 7, 2023 at 11:38:47 AM EDT
> **To:** "Narwold, Bill" <bnarwold@motleyrice.com>
> **Subject: FW: [EXTERNAL]: Stock Options**
>
> CAUTION:EXTERNAL
>
>
> On 10/25/22, 8:27 AM, "Keith Larson" <klarson@VENTUREGLOBALLNG.COM> wrote:
>
>> Mike,
>>
>> I would refer you back to my email of August 31 -- I've attached a copy here for reference.
>>
>> Keith Larson
>> General Counsel
>> Venture Global LNG, Inc.
>> 1001 19th Street North
>> Suite 1500
>> Arlington, VA 22209
>> (O) 202 759 6736
>> (M) 202 615 8437
>> klarson@venturegloballng.com
>> https://protect-us.mimecast.com/s/0VV5CxkoXrUxlYrKc8iOAY
>
>
> On 10/24/22, 1:00 PM, "david eberhardt" <albatrosseagle001@gmail.com> wrote:
>
>> Keith -

1

I would like to request to exercise my stock options ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Mike

Tuesday, October 25, 2022 at 08:26:29 Eastern Daylight Time

**Subject:** Re: [EXTERNAL]: Stock Options
**Date:** Wednesday, August 31, 2022 at 2:47:11 PM Eastern Daylight Time
**From:** Keith Larson
**To:** david eberhardt

Mike,

Keith Larson
General Counsel
Venture Global LNG, Inc.
1001 19th Street North
Suite 1500
Arlington, VA 22209
(O) 202 759 6736
(M) 202 615 8437
klarson@venturegloballng.com
www.venturegloballng.com

On 8/27/22, 1:06 PM, "david eberhardt" <albatrosseagle001@gmail.com> wrote:

> Keith -
>
> I would like to request to exercise my stock options and know if the Company wants to trigger the right to purchase the shares.
>
> Mike

# Narwold, Bill

**From:** david eberhardt <albatrosseagle001@gmail.com>
**Sent:** Monday, August 7, 2023 11:39 AM
**To:** Narwold, Bill
**Subject:** FW: [EXTERNAL]: Option Exercise

CAUTION:EXTERNAL

On 7/24/22, 4:29 PM, "Keith Larson" <klarson@VENTUREGLOBALLNG.COM> wrote:

Mike,

Thanks for your note.

Keith Larson
General Counsel
Venture Global LNG, Inc.
1001 19th Street North
Suite 1500
Arlington, VA 22209
(O) 202 759 6736
(M) 202 615 8437
klarson@venturegloballng.com
https://protect-us.mimecast.com/s/0-m1CVOJ6VsgJGOQIGiecK

On 7/22/22, 1:46 PM, "david eberhardt" <albatrosseagle001@gmail.com> wrote:

Keith -

Hope all is well at VG. Seems like LNG sales activity has been going great.

I am in the process of exercising my options and finding investor(s) to purchase the stock from me.

What is the process for that? Assume VG doesn't want to use its cash to buy back stock. Can you confirm.

I am estimating a sales price of $19,000 to $21,000 based on my best estimate of valuation to date.

Regards - Mike

1