


**REDACTED**

BRENDAN V. SULLIVAN JR.
ROBERT B. BARNETT
JOHN K. VILLA
GERSON A. ZWEIFACH
MARK S. LEVINSTEIN
DANIEL F. KATZ
WILLIAM R. MURRAY, JR.
STEPHEN D. RABER
HEIDI K. HUBBARD
GEORGE A. BORDEN
ROBERT J. SHAUGHNESSY
DAVID S. BLATT
DANE H. BUTSWINKAS
LISA S. BLATT
R. HACKNEY WIEGMANN
ROBERT M. CARY
KEVIN M. HODGES
DAVID M. ZINN
JOSEPH G. PETROSINELLI
STEVEN M. FARINA
KEVIN M. DOWNEY
THOMAS G. HENTOFF
PAUL B. GAFFNEY
EMMET T. FLOOD
ROBERT A. VAN KIRK
KENNETH C. SMURZYNSKI
JOHN E. SCHMIDTLEIN
CRAIG D. SINGER
J. ANDREW KEYES
M. ELAINE HORN
ENU A. MAINIGI
MICHAEL F. O'CONNOR
MARGARET A. KEELEY
EDWARD J. BENNETT
TOBIN J. ROMERO
WILLIAM T. BURKE
JOHN E. JOINER
ANDREW W. RUDGE
DENEEN C. HOWELL
DAVID A. FORKNER
JONATHAN M. LANDY
CHRISTOPHER N. MANNING
RYAN T. SCARBOROUGH
JENNIFER G. WICHT
STEPHEN D. ANDREWS
MALACHI B. JONES
THOMAS H. L. SELBY
EDWARD C. BARNIDGE
JOSEPH M. TERRY
AARON P. MAURER
F. GREG BOWMAN
JONATHAN B. PITT
DAVID I. BERL
ELLEN E. OBERWETTER
EDWARD C. REDDINGTON
DANIEL P. SHANAHAN
VIDYA ATRE MIRMIRA
JESSAMYN S. BERNIKER
RICHMOND T. MOORE
KENNETH J. BROWN
WILLIAM P. ASHWORTH
LANCE A. WADE
CHARLES DAVANT, IV
DOV P. GROSSMAN
HOLLY M. CONLEY
MATTHEW V. JOHNSON
CARL R. METZ
JOHN MCNICHOLS
DAVID S. KURTZER-ELLENBOGEN
PAUL E. BOEHM
STEPHEN L. FUZESI
KATHERINE M. TURNER
JESSE T. SMALLWOOD
STANLEY E. FISHER
JOHN S. WILLIAMS
C. BRYAN WILSON

LAW OFFICES
WILLIAMS & CONNOLLY LLP®
680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

SAMUEL B. DAVIDOFF
AMANDA M. MACDONALD
BETH A. STEWART
STEVEN M. PYSER
GRANT A. GEYERMAN
DAVID M. KRINSKY
SIMON A. LATCOVICH
BENJAMIN M. GREENBLUM
SARAH F. KIRKPATRICK
ADAM D. HARBER
ASHLEY W. HARDIN
NEELUM J. WADHWANI
R. KENNON POTEAT, III
AMY M. SAHARIA
JESSICA B. RYDSTROM
THOMAS S. FLETCHER
STEVEN M. CADY
LIAM J. MONTGOMERY
CHRISTOPHER J. MANDERNACH
COLETTE T. CONNOR
KATHERINE A. TREFZ
DAVID R. J. RISKIN
ADRIENNE E. VAN WINKLE
SARAH M. HARRIS
JESSICA L. PAHL
MATTHEW B. NICHOLSON
ELISE M. BAUMGARTEN
CAROL J. PRUSKI
ALEXANDER S. ZOLAN
ANDREW V. TRASK
COLLEEN MCNAMARA
A. JOSHUA PODOLL
GLORIA K. MAIER
NICHOLAS G. GAMSE
MELISSA B. COLLINS
TEAGAN J. GREGORY
NOAH M. WEISS
JOSEPH Q. WOOD
ZACHARY K. WARREN
STEPHEN L. WOHLGEMUTH
BENJAMIN H. HAZELWOOD
KRYSTAL C. DURHAM
LAUREN H. UHLIG
SUZANNE M. SALGADO
SHAUN P. MAHAFFY
GRAHAM W. SAFTY

SENIOR COUNSEL

PAUL MARTIN WOLFF
WILLIAM E. MCDANIELS
RICHARD M. COOPER
JERRY L. SHULMAN
DAVID E. KENDALL
JOHN J. BUCKLEY, JR.
TERRENCE O'DONNELL
DOUGLAS R. MARVIN
BARRY S. SIMON
KEVIN T. BAINE
STEPHEN L. URBANCZYK
PHILIP J. WARD
F. WHITTEN PETERS
JAMES A. BRUTON, III
PETER J. KAHN
MICHAEL S. SUNDERMEYER
JAMES T. FULLER, III
DAVID D. AUFHAUSER
BRUCE R. GENDERSON
F. LANE HEARD III
PAUL MOGIN
EVA PETKO ESBER
DAVID C. KIERNAN
LON E. MUSSLEWHITE
CHARLES D. NIEMEIER
MARCIE R. ZIEGLER

June 15, 2023

**CONFIDENTIAL**

**Via Federal Express**

Jay Ian Igiel
Nealon & Associates, P.C.
119 North Henry St.
Alexandria, VA 22314

Dear Mr. Igiel:

We are writing on behalf of our client, Venture Global LNG, Inc. (the "Company"), in response to your letter of June 9, 2023 on behalf of David "Michael" Eberhardt ("Mr. Eberhardt"). Please direct all future communications regarding this matter to us.

We have reviewed your contentions regarding the Separation and General Release Agreement and the Non-Qualified Stock Option Agreement executed by the Company and Mr. Eberhardt in connection with his separation from employment. No reasonable reading of those documents can support the tortured interpretation offered in your letter. As an initial matter, [redacted]



Finally, we note your demand for document preservation and a reservation of rights. As you know, those preservation obligations run both ways. The Company also reserves all of its rights, including its rights to assert available counterclaims. Mr. Eberhardt should likewise preserve all documents in his possession, custody or control that relate in any way to his former association with the Company, its officers, directors or affiliates. He also should preserve all communications between himself and any former or current employee, consultant, contractor, officer, or director of the Company through the present day. This includes all paper and electronic documents and communications, including any notes, emails, transcripts, recordings or text messages.

Sincerely,

*/s/ M. Elaine Horn*
*/s/ Deneen C. Howell*

Williams & Connolly LLP