# EXHIBIT L
**REDACTED**

**Narwold, Bill**

| | |
|---|---|
| **From:** | david eberhardt <albatrosseagle001@gmail.com> |
| **Sent:** | Wednesday, November 1, 2023 11:59 AM |
| **To:** | Narwold, Bill; Oliver, Lance |
| **Subject:** | Settlement Offer |

CAUTION:EXTERNAL

Here is the email from VG – outside counsel.

**From:** Horn, Elaine <EHorn@wc.com>
**Sent:** Tuesday, October 31, 2023 2:13 PM
**To:** Jay Igiel <jigiel@nealon.com>
**Subject:** D. Michael Eberhardt

Dear Jay,

We previously exchanged correspondence earlier this year where Mr. Eberhardt asserted certain claims regarding his vested stock options ███████████████████████████████████████████████████████ Please know that this letter is neither a response to that prior correspondence nor an invitation to revisit those topics.

Taking into account the Company's status as a private company and ███████████████████████████████
████████████████████████████████████████████████████████████████████████████████████

Please let me know by Monday, November 6, if Mr. Eberhardt is ███████████████████████████████
████████████████████████

Best regards,

Elaine

1