# EXHIBIT O

**PIMCO**

For Fund Statistics Call 1-888-87-PIMCO

Consolidated PIMCO Energy and Tactical Credit Opportunities Fund
Portfolio Holdings
September 30, 2023 (Unaudited)

*Investors should consider the investment objectives, risks, charges and expenses of the funds carefully before investing. This and other information are contained in the fund's prospectus and summary prospectus, if available, which may be obtained by contacting your PIMCO representative. Please read them carefully before you invest or send money.*

| | RATE | MATURITY DATE | AMOUNT OWNED | VALUE | % OF NET ASSETS |
|---|---|---|---|---|---|
| **INVESTMENTS IN SECURITIES** | | | | | |
| **LOAN PARTICIPATIONS AND ASSIGNMENTS** | | | | | |
| BDO U.S.A. PC | TBD% | 08/31/2028 | $ 4,535,147 | $ 4,444,444 | 0.448% |
| Castlelake Aviation Ltd. | 8.004% | 10/22/2027 | $ 2,977,500 | 2,976,696 | 0.300% |
| Forward Air Corp. | TBD% | 09/20/2030 | $ 1,800,000 | 1,761,003 | 0.177% |
| Intelsat Jackson Holdings SA | 9.772% | 02/01/2029 | $ 373,510 | 373,150 | 0.038% |
| Profrac Services LLC | 12.753% | 03/04/2025 | $ 7,403,734 | 7,431,498 | 0.749% |
| **CORPORATE BONDS & NOTES** | | | | | |
| **BANKING & FINANCE** | | | | | |
| Brandywine Operating Partnership LP | 7.800% | 03/15/2028 | $ 2,000,000 | 1,863,548 | 0.188% |
| Credit Agricole SA | 6.316% | 10/03/2029 | $ 100,000 | 100,060 | 0.010% |
| EPR Properties | 3.750% | 08/15/2029 | $ 3,100,000 | 2,493,193 | 0.251% |
| GA Global Funding Trust | 2.900% | 01/06/2032 | $ 2,700,000 | 1,983,346 | 0.200% |
| Kilroy Realty LP | 4.250% | 08/15/2029 | $ 100,000 | 85,768 | 0.009% |
| Kilroy Realty LP | 4.750% | 12/15/2028 | $ 100,000 | 90,921 | 0.009% |
| Seadrill Finance Ltd. | 8.375% | 08/01/2030 | $ 750,000 | 764,295 | 0.077% |
| **INDUSTRIALS** | | | | | |
| American Builders & Contractors Supply Co., Inc. | 3.875% | 11/15/2029 | $ 4,600,000 | 3,838,141 | 0.387% |
| B.C. Unlimited Liability Co. | 3.875% | 01/15/2028 | $ 2,300,000 | 2,065,101 | 0.208% |
| Chesapeake Energy Corp. | 5.875% | 02/01/2029 | $ 5,950,000 | 5,604,080 | 0.565% |
| CommonSpirit Health | 4.187% | 10/01/2049 | $ 1,900,000 | 1,420,079 | 0.143% |
| Community Health Systems, Inc. | 5.625% | 03/15/2027 | $ 5,700,000 | 4,896,298 | 0.493% |
| Comstock Resources, Inc. | 6.750% | 03/01/2029 | $ 2,350,000 | 2,164,473 | 0.218% |
| Continental Resources, Inc. | 2.875% | 04/01/2032 | $ 5,500,000 | 4,122,129 | 0.415% |
| Continental Resources, Inc. | 5.750% | 01/15/2031 | $ 2,100,000 | 1,973,739 | 0.199% |
| CQP Holdco LP | 5.500% | 06/15/2031 | $ 6,200,000 | 5,502,519 | 0.554% |
| DT Midstream, Inc. | 4.125% | 06/15/2029 | $ 3,500,000 | 3,030,550 | 0.305% |
| DT Midstream, Inc. | 4.375% | 06/15/2031 | $ 3,600,000 | 3,031,304 | 0.305% |
| Energy Transfer LP | 6.125% | 12/15/2045 | $ 2,000,000 | 1,781,668 | 0.180% |
| Energy Transfer LP | 6.250% | 04/15/2049 | $ 3,000,000 | 2,757,260 | 0.278% |
| EnLink Midstream LLC | 6.500% | 09/01/2030 | $ 600,000 | 582,655 | 0.059% |
| EQM Midstream Partners LP | 4.500% | 01/15/2029 | $ 1,800,000 | 1,603,886 | 0.162% |
| EQM Midstream Partners LP | 4.750% | 01/15/2031 | $ 2,400,000 | 2,068,545 | 0.208% |
| EQM Midstream Partners LP | 5.500% | 07/15/2028 | $ 1,100,000 | 1,033,491 | 0.104% |
| EQM Midstream Partners LP | 7.500% | 06/01/2030 | $ 3,100,000 | 3,116,591 | 0.314% |
| Hess Midstream Operations LP | 4.250% | 02/15/2030 | $ 2,450,000 | 2,068,800 | 0.208% |
| Hess Midstream Operations LP | 5.500% | 10/15/2030 | $ 2,200,000 | 2,001,527 | 0.202% |
| Howard Midstream Energy Partners LLC | 8.875% | 07/15/2028 | $ 800,000 | 807,740 | 0.081% |
| Integris Baptist Medical Center, Inc. | 3.875% | 08/15/2050 | $ 2,000,000 | 1,367,410 | 0.138% |
| Intelsat Jackson Holdings SA | 6.500% | 03/15/2030 | $ 1,547,000 | 1,375,815 | 0.139% |
| Kinder Morgan, Inc. | 5.200% | 06/01/2033 | $ 4,000,000 | 3,702,185 | 0.373% |
| Matador Resources Co. | 6.875% | 04/15/2028 | $ 3,000,000 | 2,948,468 | 0.297% |
| Mineral Resources Ltd. | 9.250% | 10/01/2028 | $ 4,000,000 | 4,045,000 | 0.408% |
| National Fuel Gas Co. | 2.950% | 03/01/2031 | $ 1,425,000 | 1,122,050 | 0.113% |

| | | | | | | |
|---|---|---|---|---|---|---|
| Noble Finance LLC | 8.000% | 04/15/2030 | $ | 500,000 | 506,997 | 0.051% |
| Northriver Midstream Finance LP | 5.625% | 02/15/2026 | $ | 2,000,000 | 1,907,950 | 0.192% |
| Olympus Water U.S. Holding Corp. | 4.250% | 10/01/2028 | $ | 4,200,000 | 3,428,334 | 0.345% |
| Parkland Corp. | 4.500% | 10/01/2029 | $ | 3,900,000 | 3,344,386 | 0.337% |
| Parkland Corp. | 4.625% | 05/01/2030 | $ | 3,000,000 | 2,561,323 | 0.258% |
| Permian Resources Operating LLC | 5.875% | 07/01/2029 | $ | 2,300,000 | 2,166,554 | 0.218% |
| Rand Parent LLC | 8.500% | 02/15/2030 | $ | 5,000,000 | 4,631,454 | 0.467% |
| Rockcliff Energy LLC | 5.500% | 10/15/2029 | $ | 4,400,000 | 3,965,415 | 0.400% |
| Santos Finance Ltd. | 6.875% | 09/19/2033 | $ | 300,000 | 293,778 | 0.030% |
| Sitios Latinoamerica SAB de CV | 5.375% | 04/04/2032 | $ | 5,000,000 | 4,308,355 | 0.434% |
| Southwestern Energy Co. | 5.375% | 03/15/2030 | $ | 2,250,000 | 2,052,580 | 0.207% |
| Strathcona Resources Ltd. | 6.875% | 08/01/2026 | $ | 3,200,000 | 3,019,440 | 0.304% |
| Suburban Propane Partners LP | 5.000% | 06/01/2031 | $ | 2,900,000 | 2,424,328 | 0.244% |
| Sunoco LP | 4.500% | 05/15/2029 | $ | 6,500,000 | 5,712,146 | 0.576% |
| Sunoco LP | 4.500% | 04/30/2030 | $ | 3,000,000 | 2,601,713 | 0.262% |
| USA Compression Partners LP | 6.875% | 09/01/2027 | $ | 2,500,000 | 2,426,195 | 0.244% |
| Valaris Ltd. | 8.375% | 04/30/2030 | $ | 5,700,000 | 5,709,263 | 0.575% |
| Vital Energy, Inc. | 9.750% | 10/15/2030 | $ | 200,000 | 204,640 | 0.021% |
| **UTILITIES** | | | | | | |
| CrownRock LP | 5.000% | 05/01/2029 | $ | 6,800,000 | 6,378,401 | 0.643% |
| Enel Finance International NV | 2.250% | 07/12/2031 | $ | 5,200,000 | 3,933,531 | 0.396% |
| Hilcorp Energy LP | 6.000% | 02/01/2031 | $ | 3,400,000 | 3,004,083 | 0.303% |
| National Fuel Gas Co. | 5.500% | 10/01/2026 | $ | 1,112,000 | 1,097,242 | 0.111% |
| ONEOK, Inc. | 6.050% | 09/01/2033 | $ | 8,000,000 | 7,864,151 | 0.792% |
| Tallgrass Energy Partners LP | 6.000% | 12/31/2030 | $ | 5,700,000 | 5,037,575 | 0.508% |
| Targa Resources Partners LP | 4.875% | 02/01/2031 | $ | 2,300,000 | 2,062,697 | 0.208% |
| Targa Resources Partners LP | 5.500% | 03/01/2030 | $ | 4,300,000 | 4,029,645 | 0.406% |
| **MUNICIPAL BONDS & NOTES** | | | | | | |
| **CALIFORNIA** | | | | | | |
| Golden State, California Tobacco Securitization Corp. Revenue Bonds, Series 2021 | 3.850% | 06/01/2050 | $ | 3,940,000 | 3,581,131 | 0.361% |
| **U.S. TREASURY OBLIGATIONS** | | | | | | |
| U.S. Treasury Notes | 1.125% | 10/31/2026 | $ | 230,000,000 | 206,110,546 | 20.764% |
| **COMMON STOCKS** | | | | | | |
| **CONSUMER STAPLES** | | | | | | |
| Kenvue, Inc. | | | | 401,800 | 8,068,144 | 0.813% |
| **ENERGY** | | | | | | |
| Antero Midstream Corp. | | | | 1,145,100 | 13,718,298 | 1.382% |
| Antero Resources Corp. | | | | 332,700 | 8,443,926 | 0.851% |
| Cheniere Energy, Inc. | | | | 181,600 | 30,138,336 | 3.036% |
| Chesapeake Energy Corp. | | | | 317,550 | 27,382,337 | 2.759% |
| Devon Energy Corp. | | | | 174,400 | 8,318,880 | 0.838% |
| Diamondback Energy, Inc. | | | | 114,900 | 17,795,712 | 1.793% |
| DT Midstream, Inc. | | | | 284,000 | 15,029,280 | 1.514% |
| EnLink Midstream LLC | | | | 1,414,100 | 17,280,302 | 1.741% |
| EQT Corp. | | | | 426,750 | 17,317,515 | 1.745% |
| Hess Midstream LP 'A' | | | | 588,756 | 17,150,462 | 1.728% |
| Kinder Morgan, Inc. | | | | 1,165,400 | 19,322,332 | 1.947% |
| Marathon Oil Corp. | | | | 660,800 | 17,676,400 | 1.781% |
| Occidental Petroleum Corp. | | | | 213,083 | 13,824,825 | 1.393% |
| ONEOK, Inc. | | | | 367,100 | 23,285,153 | 2.346% |
| Pioneer Natural Resources Co. | | | | 114,800 | 26,352,340 | 2.655% |
| Plains GP Holdings LP 'A' | | | | 1,358,300 | 21,895,796 | 2.206% |
| Targa Resources Corp. | | | | 495,000 | 42,431,400 | 4.275% |
| Williams Cos., Inc. | | | | 1,038,700 | 34,993,803 | 3.525% |
| **FINANCIALS** | | | | | | |
| Intelsat Emergence SA | | | | 21,303 | 571,133 | 0.058% |

| Security | | | | | Shares/Par | Value | % |
|---|---|---|---|---|---|---|---|
| Venture Global Holdings Cls 'A' | | | | | 3,473 | 224,303,705 | 22.597% |
| **INDUSTRIALS** | | | | | | | |
| AP Moller - Maersk AS 'B' | | | | | 2,600 | 4,693,633 | 0.473% |
| **UTILITIES** | | | | | | | |
| Orsted AS | | | | | 22,300 | 1,217,349 | 0.123% |
| **MASTER LIMITED PARTNERSHIPS** | | | | | | | |
| **ENERGY** | | | | | | | |
| Sunoco LP | | | | | 82,860 | 4,055,997 | 0.409% |
| Crestwood Equity Partners LP | | | | | 208,600 | 6,101,550 | 0.615% |
| Energy Transfer LP | | | | | 1,068,283 | 14,988,010 | 1.510% |
| Enterprise Products Partners LP | | | | | 181,787 | 4,975,510 | 0.501% |
| Western Midstream Partners LP | | | | | 287,668 | 7,833,200 | 0.789% |
| **RIGHTS** | | | | | | | |
| **INDUSTRIALS** | | | | | | | |
| Intelsat Jackson Holdings SA | | | | | 2,231 | 20,838 | 0.002% |
| **WARRANTS** | | | | | | | |
| **INDUSTRIALS** | | | | | | | |
| Intelsat Jackson Holdings SA - Exp. 12/05/2025 | | | | | 2,231 | 20,681 | 0.002% |
| **EXCHANGE-TRADED FUNDS** | | | | | | | |
| Alerian MLP ETF | | | | | 101,300 | 4,274,860 | 0.431% |
| **SHORT-TERM INSTRUMENTS** | | | | | | | |
| **REPURCHASE AGREEMENTS** | | | | | | | |
| Fixed Income Clearing Corporation | | 5.310% | 10/02/2023 | $ | 19,300,000 | 19,300,000 | 1.944% |
| BofA Securities, Inc. | | 5.330% | 10/02/2023 | $ | 5,200,000 | 5,200,000 | 0.524% |
| BofA Securities, Inc. | | 5.360% | 10/02/2023 | $ | 5,200,000 | 5,200,000 | 0.524% |
| BNP Paribas Securities Corp. | | 5.360% | 10/02/2023 | $ | 4,100,000 | 4,100,000 | 0.413% |
| Fixed Income Clearing Corporation | | 2.600% | 10/02/2023 | $ | 2,667,000 | 2,667,000 | 0.269% |
| Goldman Sachs & Co. | | 5.360% | 10/02/2023 | $ | 1,900,000 | 1,900,000 | 0.191% |
| State Street Bank and Trust Co. | | 2.600% | 10/02/2023 | $ | 302,000 | 302,000 | 0.030% |
| TD Securities (USA) LLC | | 5.360% | 10/02/2023 | $ | 5,200,000 | 5,200,000 | 0.524% |
| **U.S. TREASURY BILLS** | | | | | | | |
| | | 5.412% | 11/09/2023 | $ | 195,000 | 193,911 | 0.020% |
| **BORROWINGS AND OTHER FINANCING TRANSACTIONS** | | | | | | | |
| **REVERSE REPURCHASE AGREEMENTS** | | | | | | | |
| Canadian Imperial Bank of Commerce | | 5.410% | 10/11/2023 | $ | (112,746,375) | (113,051,354) | (11.389%) |
| Nomura Securities International, Inc. | | 5.650% | TBD | $ | (11,884,924) | (12,008,032) | (1.210%) |
| **EXCHANGE TRADED OR CENTRALLY CLEARED FINANCIAL DERIVATIVE INSTRUMENTS** | | | | | | | |
| **FUTURES CONTRACTS** | | | | | | | |
| **LONG FUTURES** | | | | | | | |
| Brent Crude December Futures | | | 10/2023 | | 27 | 203,349 | 0.021% |
| Brent Crude December Futures | | | 10/2024 | | 6 | (11,051) | (0.001%) |
| California Carbon Allowance December Futures | | | 12/2023 | | 458 | 3,423,468 | 0.345% |
| California Carbon Allowance December Futures | | | 12/2024 | | 148 | (17,283) | (0.002%) |
| Natural Gas October Futures | | | 09/2024 | | 141 | (779,900) | (0.079%) |
| **SHORT FUTURES** | | | | | | | |
| Natural Gas January Futures | | | 12/2024 | | 141 | 900,457 | 0.091% |
| Natural Gas Novemer Futures | | | 10/2023 | | 200 | 1,420,002 | 0.143% |
| **CENTRALLY CLEARED SWAP AGREEMENTS** | | | | | | | |
| **INTEREST RATE SWAPS - PAY/RECEIVE FLOATING RATE INDEX** | | | | | | | |
| Receive 1-Day USD-SOFR Compounded-OIS | | 1.000% | 10/31/2026 | $ | 226,200,000 | 19,511,964 | 1.966% |
| **OTC FINANCIAL DERIVATIVE INSTRUMENTS** | | | | | | | |
| **OTC WRITTEN OPTIONS** | | | | | | | |
| **COMMODITY OPTIONS** | | | | | | | |
| Call - OTC Crude December 2023 Futures | $ | 90.000 | 10/26/2023 | | 40,000 | (164,800) | (0.017%) |

| OTC SWAP AGREEMENTS | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL RETURN SWAPS ON INDICES** | | | | | | |
| Receive Alerian Midstream Energy Total Return Index/Pay 5.780% (1-Month USD-LIBOR plus a specified spread) | | 12/13/2023 | $ | 11,814,753 | 89,398 | 0.009% |
| Receive AMZX Index/Pay 5.500% (1-Month USD-LIBOR plus a specified spread) | | 12/13/2023 | $ | 18,553,002 | 2,739,037 | 0.276% |
| Receive AMZX Index/Pay 5.630% (1-Month USD-LIBOR plus a specified spread) | | 12/20/2023 | $ | 14,622,195 | 1,495,751 | 0.151% |
| Receive AMZX Index/Pay 5.880% (1-Month USD-LIBOR plus a specified spread) | | 08/21/2024 | $ | 21,571,164 | 1,129,846 | 0.114% |
| **TOTAL RETURN SWAPS ON SECURITIES - PAY/RECEIVE UNDERLYING REFERENCE - PAY/RECEIVE FINANCING RATE** | | | | | | |
| Receive Plains All American Pipeline LP/Pay 5.830% (1-Month USD-LIBOR plus a specified spread) | | 11/15/2023 | $ | 2,592,500 | (11,355) | (0.001%) |
| Receive Energy Transfer LP/Pay 5.830% (1-Month USD-LIBOR plus a specified spread) | | 02/07/2024 | $ | 10,668,653 | 2,022,177 | 0.204% |
| Receive Energy Transfer LP/Pay 5.850% (1-Month USD-LIBOR plus a specified spread) | | 02/07/2024 | $ | 14,327,992 | 2,190,164 | 0.221% |
| Receive Enterprise Products Partners LP/Pay 5.770% (1-Month USD-LIBOR plus a specified spread) | | 02/07/2024 | $ | 17,929,080 | 1,608,345 | 0.162% |
| Receive MPLX LP/Pay 5.770% (1-Month USD-LIBOR plus a specified spread) | | 02/07/2024 | $ | 24,016,706 | 1,745,887 | 0.176% |
| Receive MPLX LP/Pay 5.830% (1-Month USD-LIBOR plus a specified spread) | | 02/07/2024 | $ | 4,758,900 | 202,361 | 0.020% |
| Receive Plains All American Pipeline LP/Pay 5.860% (1-Month USD-LIBOR plus a specified spread) | | 02/07/2024 | $ | 12,018,228 | 2,465,521 | 0.248% |
| Receive Western Gas Partners LP/Pay 5.760% (1-Month USD-LIBOR plus a specified spread) | | 02/07/2024 | $ | 21,238,019 | 342,972 | 0.035% |
| Receive Plains All American Pipeline LP/Pay 5.860% (1-Month USD-LIBOR plus a specified spread) | | 10/18/2023 | $ | 8,697,920 | 2,267,319 | 0.228% |
| Receive Western Gas Partners LP/Pay 5.860% (1-Month USD-LIBOR plus a specified spread) | | 10/18/2023 | $ | 11,635,800 | (243,093) | (0.025%) |
| Receive Energy Transfer LP/Pay 5.810% (1-Month USD-LIBOR plus a specified spread) | | 03/13/2024 | $ | 14,459,560 | 1,590,829 | 0.160% |
| Receive Enterprise Products Partners LP/Pay 5.810% (1-Month USD-LIBOR plus a specified spread) | | 03/13/2024 | $ | 17,319,500 | 1,056,335 | 0.106% |
| Receive MPLX LP/Pay 5.810% (1-Month USD-LIBOR plus a specified spread) | | 03/13/2024 | $ | 10,999,620 | 407,371 | 0.041% |
| Receive Plains All American Pipeline LP/Pay 5.810% (1-Month USD-LIBOR plus a specified spread) | | 03/13/2024 | $ | 1,933,440 | 406,475 | 0.041% |
| Receive Western Gas Partners LP/Pay 5.810% (1-Month USD-LIBOR plus a specified spread) | | 03/13/2024 | $ | 6,054,738 | (70,257) | (0.007%) |
| Receive Energy Transfer LP/Pay 5.930% (1-Month USD-LIBOR plus a specified spread) | | 02/21/2024 | $ | 11,737,370 | 1,823,820 | 0.184% |
| Receive Enterprise Products Partners LP/Pay 5.930% (1-Month USD-LIBOR plus a specified spread) | | 02/21/2024 | $ | 10,005,720 | 1,077,772 | 0.109% |
| Receive MPLX LP/Pay 5.930% (1-Month USD-LIBOR plus a specified spread) | | 02/21/2024 | $ | 13,550,040 | 1,027,742 | 0.104% |
| Receive Plains All American Pipeline LP/Pay 5.930% (1-Month USD-LIBOR plus a specified spread) | | 02/21/2024 | $ | 3,318,140 | 966,621 | 0.097% |
| Receive Western Gas Partners LP/Pay 5.930% (1-Month USD-LIBOR plus a specified spread) | | 02/21/2024 | $ | 3,235,059 | 58,225 | 0.006% |

| | SETTLEMENT MONTH | | CURRENCY TO BE DELIVERED | | CURRENCY TO BE RECEIVED | | |
|---|---|---|---|---|---|---|---|
| **FORWARD FOREIGN CURRENCY CONTRACTS** | | | | | | | |
| Bought USD / Sold DKK | 10/2023 | DKK | 29,454,479 | $ | 4,310,584 | 135,279 | 0.014% |
| Bought DKK / Sold USD | 10/2023 | $ | 4,237,697 | DKK | 29,926,468 | 4,514 | 0.000% |
| Bought USD / Sold DKK | 11/2023 | DKK | 29,879,854 | $ | 4,237,697 | (4,484) | 0.000% |
| Bought EUR / Sold USD | 11/2023 | $ | 692,554 | EUR | 639,000 | (15,760) | (0.001%) |
| Bought USD / Sold DKK | 10/2023 | DKK | 32,087,037 | $ | 4,690,162 | 141,680 | 0.015% |
| Bought USD / Sold CAD | 11/2023 | CAD | 29,389,766 | $ | 21,935,196 | 284,378 | 0.028% |
| Bought EUR / Sold USD | 11/2023 | $ | 1,867,436 | EUR | 1,726,000 | (39,346) | (0.003%) |
| Bought USD / Sold EUR | 11/2023 | EUR | 268,000 | $ | 288,272 | 4,420 | 0.000% |
| Bought EUR / Sold USD | 11/2023 | $ | 10,553 | EUR | 10,000 | 38 | 0.000% |
| Bought USD / Sold CAD | 11/2023 | CAD | 1,998,093 | $ | 1,488,118 | 16,165 | 0.002% |
| Bought USD / Sold EUR | 11/2023 | EUR | 1,264,000 | $ | 1,356,256 | 17,492 | 0.002% |
| Bought EUR / Sold USD | 11/2023 | $ | 1,226,407 | EUR | 1,142,000 | (16,860) | (0.001%) |
| Bought GBP / Sold USD | 11/2023 | $ | 77,458 | GBP | 60,798 | (3,260) | 0.000% |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Bought USD / Sold EUR | | 11/2023 | EUR | 3,321,000 | $ | 3,585,068 | 67,637 | 0.007% |
| Bought USD / Sold GBP | | 11/2023 | GBP | 588,783 | $ | 738,955 | 20,402 | 0.002% |
| Bought EUR / Sold USD | | 11/2023 | $ | 90,765 | EUR | 86,000 | 321 | 0.000% |
| Bought GBP / Sold USD | | 11/2023 | $ | 521,567 | GBP | 408,993 | (22,431) | (0.002%) |
| Bought USD / Sold CAD | | 11/2023 | CAD | 218,169 | $ | 162,451 | 1,730 | 0.000% |
| Bought USD / Sold EUR | | 11/2023 | EUR | 938,000 | $ | 1,035,980 | 42,499 | 0.004% |
| Bought CAD / Sold USD | | 11/2023 | $ | 12,080,769 | CAD | 16,335,000 | (47,120) | (0.005%) |
| Bought EUR / Sold USD | | 11/2023 | $ | 868,103 | EUR | 786,000 | (35,612) | (0.004%) |
| Bought EUR / Sold USD | | 11/2023 | $ | 919,030 | EUR | 829,984 | (39,954) | (0.004%) |
| Bought USD / Sold CAD | | 11/2023 | CAD | 866,001 | $ | 644,745 | 6,781 | 0.001% |
| Bought EUR / Sold USD | | 11/2023 | $ | 646,362 | EUR | 586,016 | (25,684) | (0.003%) |
| Total Investments | | | | | | $ | 1,012,616,805 | 102.025% |
| Other Assets and Liabilities (Net) | | | | | | | (19,983,236) | (2.025%) |
| Net Assets | | | | | | $ | 992,633,569 | 100.000% |

5

**PIMCO**

**A word about risk: All investments** contain risk and may lose value. Investing in the **bond market** is subject to certain risks including market, interest-rate, issuer, credit, and inflation risk; investments may be worth more or less than the original cost when redeemed. Investing in foreign denominated and/or **domiciled** securities may involve heightened risk due to currency fluctuations, and economic and political risks, which may be enhanced in emerging markets. Mortgage **and asset-backed securities** may be sensitive to changes in interest rates, subject to early repayment risk, and their value may fluctuate in response to the market's perception of issuer creditworthiness; while generally supported by some form of government or private guarantee there is no assurance that private guarantors will meet their obligations. **Derivatives** may involve certain costs and risks such as liquidity, interest rate, market, credit, management and the risk that a position could not be closed when most advantageous. Investing in derivatives could lose more than the amount **invested. Please refer to the Fund's prospectus** for a complete overview of the primary risks associated with the Fund.

The value of most bond funds and fixed income securities are impacted by changes in interest rates. Bonds and bond funds with longer durations tend to be more sensitive and more volatile than securities with shorter durations; bond prices generally fall as interest rates rise. Additional risk factors can be found in the prospectus.

Holdings are subject to change without notice and may not be representative of current or future allocations.

The geographical classification of foreign securities in this report are classified by the country of incorporation of a holding. In certain instances, a security's country of incorporation may be different from its country of economic exposure.

PIMCO as a general matter provides services to qualified institutions, financial intermediaries and institutional investors. Individual investors should contact their own financial professional to determine the most appropriate investment options for their financial situation. This material has been distributed for informational purposes only and should not be considered as investment advice or a recommendation of any particular security, strategy or investment product. No part of this material may be reproduced in any form, or referred to in any other publication, without express written permission. PIMCO is a trademark of Allianz Asset Management LLC in the United States and throughout the world. ©2023, PIMCO.

**PIMCO Investments LLC**, distributor, 1633 Broadway, New York, NY 10019, is a company of PIMCO.