# EXHIBIT P

# EXHIBIT H

# Coll, John J.

| | |
|---|---|
| **From:** | kathryn.d.lindquist@gmail.com |
| **Sent:** | Friday, March 31, 2023 2:04 PM |
| **To:** | Coll, John J.; Grosick, Jean M. |
| **Subject:** | FW: re Request to exercise Options |
| **Attachments:** | KDL 03 31 2023.docx |

**\*\*\*This email is from an external source. Only open links and attachments from a Trusted Sender.\*\*\***

For your records.

**From:** kathryn.d.lindquist@gmail.com <kathryn.d.lindquist@gmail.com>
**Sent:** Friday, March 31, 2023 2:03 PM
**To:** klarson@VENTUREGLOBALLNG.COM
**Cc:** 'Kathryn Lindquist' <kathryn.d.lindquist@gmail.com>
**Subject:** re Request to exercise Options

Dear Mr. Larson:

As you know, I have wanted to start the process to request the ability to exercise some options that Terry Newendorp held (my now deceased husband). Attached is the email version of my request. I have put in the mail the signed copy for your attention/records.
I look forward to hearing from you.

Best regards,
Kathryn Lindquist

# KATHRYN D. LINDQUIST

3824 Park Lake Drive, Rockville, Maryland 20850

March 31, 2023

**VIA EMAIL**

Mr. Keith Larson
General Counsel
Venture Global LNG, Inc.
1001 19th Street North
Suite 1500
Arlington, Virginia 22209

Re: <u>Terry A. Newendorp/Stock Options</u>.

Dear Mr. Larson:

As you know, I am the holder of Options granted to my late husband, Terry A. Newendorp, pursuant to the Venture Global LNG, Inc. 2014 Stock Option Plan. In particular, the grant awarded to Terry by grant letter dated October 14, 2014, as amended, and restated effective June 12, 2017, providing the option to purchase 600 shares of Series A Common Stock of the Company at the option Price of $1,000.00 per Common share.

Please accept this letter as my formal notification to the Company of my desire to proceed with the exercise of the specific options described above. I understand the Committee of the Board must approve my request to proceed with the exercise of the Options.

Please respond to me before Friday, April 7, 2023, that you have forwarded my request to the Committee of the Board and kindly provide a time frame within which I should expect a response from the Committee of the Board approving my exercise of the Options.

If you have any questions, please contact me.

Thank you for your assistance and cooperation in this matter.

Sincerely,

Kathryn D. Lindquist

(301) 570-3017 | kathryn.d.lindquist@gmail.com