# EXHIBIT Q

Case 1:23-cv-00279-LMB-IDD Document 1-9 Filed 07/06/23 Page 1 of 3 PageID# 117

# EXHIBIT I

Case 1:23-cv-00279-LMB-IDD Document 1-9 Filed 07/06/23 Page 1 of 3 PageID# 117

# Coll, John J.

| | |
|---|---|
| **From:** | Kathryn Lindquist <kathryn.d.lindquist@gmail.com> |
| **Sent:** | Friday, May 26, 2023 1:43 PM |
| **To:** | Coll, John J. |
| **Subject:** | Fwd: [EXTERNAL]: re Request to exercise Options |

\*\*\*This email is from an external source. Only open links and attachments from a Trusted Sender.\*\*\*

---------- Forwarded message ---------
From: **Keith Larson** <klarson@venturegloballng.com>
Date: Fri, Apr 7, 2023 at 12:01 PM
Subject: Re: [EXTERNAL]: re Request to exercise Options
To: kathryn.d.lindquist@gmail.com <kathryn.d.lindquist@gmail.com>

Confidential

Dear Kathryn,

I confirm receipt of the signed copy of your letter which you also sent via email. I also confirm that I have forwarded your request to exercise the options referred to in your letter to the Compensation Committee of the company. The Compensation Committee will consider your request promptly. To better inform the Compensation Committee, could you kindly please confirm how you intend to (i) pay the $600,000 exercise price for the options and (ii) satisfy any applicable withholding tax obligations arising due to your exercise? For your information, the current market value per share is $18,000.

Kind regards,


Keith Larson

General Counsel

Venture Global LNG, Inc.

1001 19th Street North

Suite 1500

Arlington, VA 22209

(O) 202 759 6736

(M) 202 615 8437

klarson@venturegloballng.com

1

www.ventureglobalng.com

From: "kathryn.d.lindquist@gmail.com" <kathryn.d.lindquist@gmail.com>
Date: Friday, March 31, 2023 at 2:04 PM
To: Keith Larson <klarson@VENTUREGLOBALNG.COM>
Cc: 'Kathryn Lindquist' <kathryn.d.lindquist@gmail.com>
Subject: [EXTERNAL]: re Request to exercise Options

Dear Mr. Larson:

As you know, I have wanted to start the process to request the ability to exercise some options that Terry Newendorp held (my now deceased husband). Attached is the email version of my request. I have put in the mail the signed copy for your attention/records.

I look forward to hearing from you.

Best regards,

Kathryn Lindquist

2